IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMON E. JACKSON,

               Petitioner,               No. 2:08-cv-2875 FCD JFM (HC)

     vs.

D.K. SISTO, Warden,

               Respondent.            <u>ORDER TO SHOW CAUSE</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 30, 2009, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. On February 2, 2009, petitioner was notified that respondent had filed a motion to dismiss and that petitioner's opposition was due not more than 21 days after the filing of the notice. Local Rule 78-230(m).

        Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Petitioner is cautioned that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

1           Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause,

2    within twenty days, why respondent's January 30, 2009 motion to dismiss should not be granted.

3    DATED:  March 26, 2009.

4

5                               UNITED STATES MAGISTRATE JUDGE

6

7    /001; jack2875.osc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26