IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAMON E. JACKSON,

    Petitioner,                    No. 2:08-cv-2875 FCD JFM (HC)

   vs.

D.K. SISTO, Warden,

    Respondent.                  ORDER

/

        Petitioner has requested an extension of time to file and serve a response to the court's March 27, 2009 order to show cause. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 9, 2009 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve a response to the court's March 27, 2009 order to show cause, along with an opposition to respondent's motion to dismiss. Petitioner is cautioned that failure to file an opposition to the motion to dismiss will result in a recommendation that the motion to dismiss be granted.

DATED: April 14, 2009.

                                     UNITED STATES MAGISTRATE JUDGE

/mp/001; jack2875.111